# UNCLAIMED FUNDS

#60964

FILED
2011 MAR -3 PM 12:48

CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

MARCH 2, 2011

06-62081     DANA LYNN REEDY
CREDITOR DID NOT CASH CHECK
CHECK #481404 FOR $180.00
GOAL FINANCIAL
ACS
PO BOX 22724
LONG BEACH, CA 90810-5724

08-61258     JESSE JERMAINE JONES
CREDITOR DID NOT CASH CHECK
CHECK #481403 FOR $377.87
CITIMORTGAGE, INC
PO BOX 6006
THE LAKES, NV 88901-6006

```
  0 · *
180 · 00 +
377 · 87 +
557 · 87 *
```